LAW OFFICES
Perez, Perez & Perez
A PROFESSIONAL CORPORATION
Wilson Towers
41-51 Wilson Avenue, Suite 2A
Newark, New Jersey 07105-3214
Tel : (973) 522-1222
Fax: (973) 522-1232
www.perezlawyers.com
E-mail: info@perezlawyers.com

Ocean County Office:
Ortley Beach, NJ 08751
Tel: (732) 281-0099
Fax: (973) 522-1232

*Reply To Newark Office

**Via ECF**

November 5, 2026

Honorable Susan D. Wigenton , U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: CASTRO ROMERO v. BLANCHE Case 2:26-cv-14186-SDW**
**Petitioner's Status Update and Request for Voluntary Dismissal**

Dear Judge Wigenton:

Please accept this correspondence on behalf of Petitioner, Jacinto Castro Romero, to provide the Court with a status update regarding his custody and to respectfully request dismissal of the pending Petition for Writ of Habeas Corpus.

On November 4, 2026, Petitioner was released from immigration custody upon the posting of a bond authorized by U.S. Immigration and Customs Enforcement ("ICE"). Accordingly, Petitioner is no longer detained, and the relief sought through the pending habeas petition has been obtained.

In light of Petitioner's release, the pending habeas petition is now moot. Petitioner therefore respectfully requests that the Court dismiss the Petition for Writ of Habeas Corpus *without prejudice* and direct the Clerk of Court to close this matter.

Petitioner further respectfully submits that this request is limited solely to the present habeas proceeding and does not constitute a waiver of any rights, claims, or remedies otherwise available to him under applicable law.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Bryan J. Perez, Esq.
Attorney for Petitioner

**SO ORDERED this** 6th **day**
**of** November **20**26

**United States District Judge**